UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CULLOM PROPERTIES, INC., and<br>C.H. FOREST PARK PARTNERS,<br><br>      Plaintiffs,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE CO. and<br>THE AMERICAN INSURANCE CO.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:14-CV-215-PLR-CCS<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the undersigned, via telephone, on June 30, 2015, to address certain discovery issues. At that time, counsel for the parties represented that the parties may be able to resolve a number of the pending discovery issues amongst themselves, and the conference was continued to July 21, 2015. On July 21, 2015, the parties appeared before the undersigned, via telephone, for a follow-up conference. The Court heard the agreements reached by the parties, and for good cause shown and based upon the parties' cooperation in resolving the pending discovery issues, the Court agreed to extend certain deadlines in this case.

Accordingly, and for the reasons more fully stated in the conference, it is **ORDERED**:

1. The Plaintiffs' Motion to Compel **[Doc. 36]** is **DENIED AS MOOT**;

2. The parties shall participate in mediation on or before **September 11, 2015;** and

3. The parties shall complete their discovery in this case on or before **October 12, 2015;** and

4. All other deadlines, including the trial date, remain unchanged.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge